**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1690**

In re:  WILLIAM SCOTT DAVIS, JR.,

          Petitioner.

On Petition for Writ of Habeas Corpus.  (5:14-cr-00240-BR-1)

Submitted:  October 26, 2018                Decided:  November 8, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

William Scott Davis, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., petitions this court under 28 U.S.C. § 2241 (2012) for an original writ of habeas corpus ordering his immediate release from custody and granting further, miscellaneous relief to another individual. A court of appeals has no jurisdiction under § 2241 to entertain a petition for writ of habeas corpus. *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004). Moreover, we do not find that a transfer of Davis' petition to a court of appropriate jurisdiction, *see* 28 U.S.C. § 1631 (2012), is in the interest of justice. Accordingly, we deny leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*
